1 | Joseph R. Manning, Jr., Esq.  (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
2 | Craig G. Cote. Esq. (State Bar No. 132885)
ADAPracticeGroup@manninglawoffice.com
3 | **MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
4 | Newport Beach, CA 92660
Tel: 949.200.8755
5 | Fax: 866.843.8308

6 | *Attorneys for Plaintiff*
JAMES RUTHERFORD
7

8
## UNITED STATES DISTRICT COURT
9
## SOUTHERN DISTRICT OF CALIFORNIA
10

11

12
| JAMES RUTHERFORD, an individual, | Case No.:  3:18-cv-02023-BTM-AGS |
| Plaintiff, | Hon. Barry Ted Moskowitz |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| JACK IN THE BOX, a business of unknown form; MISSION ROAD PARTNERS, L.P., a California limited partnership; and DOES 1-10, inclusive, | Complaint Filed: August 29, 2018<br>Trial Date: None |
| Defendants. | |

1

2 **TO THE COURT AND ALL PARTIES:**

3      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,

4 Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal

5 with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.

6 Each party shall bear his or its own expert fees, costs and expenses and attorneys'

7 fees.

8

9                          Respectfully submitted,

10

11   DATED : December 7, 2018        **MANNING LAW, APC**

12                          By: /s/ *Joseph R. Manning, Jr.*

13                             Joseph R. Manning, Jr.
                               Attorney for Plaintiff
14                             James Rutherford

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## **<u>CERTIFICATE OF SERVICE</u>**

3

I certify that on December 7, 2018, I electronically filed the foregoing

4

document with the Clerk of the Court using CM/ECF. I also certify that the

5

foregoing document is being served this day on counsel of record in this action via

6

email transmission and via transmission of Electronic Filing generated by CM/ECF.

7

Respectfully submitted,

8

9

Dated: December 7, 2018                **MANNING LAW, APC**

10

11

12

By:   */s/ Joseph R. Manning, Jr., Esq.*
      Joseph R. Manning, Jr., Esq.

13

      Attorney for Plaintiff,

14

      James Rutherford

15

16

17

18

19

20

21

22

23

24

25

26

27

28